IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ARMODAFINIL PATENT LITIGATION ) | MDL Docket No. 10-md-2200-GMS |
| ) | |
| CEPHALON INC. and CEPHALON FRANCE, ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 10-695-GMS |
| ) | Civil Action No. 10-1078-GMS |
| APOTEX CORP. and APOTEX INC., ) | |
| Defendants. ) | |

## ORDER

At Wilmington, this 7th day of July, 2011, in light of the court's order granting the plaintiffs' motion to sever and stay (D.I. 123);

IT IS HEREBY ORDERED that at the *Markman* hearing scheduled for Thursday, July 14, 2011, the parties shall only address disputed terms in U.S. Patent No. 7,132,570. The court will neither hear oral argument nor construe any terms for U.S. Patent Nos. RE37,516 and 7,297,346 at this time.

CHIEF, UNITED STATES DISTRICT JUDGE