

**Mary W. Bourke**
Partner

TEL (302) 888·6305
FAX (302) 658·5614
EMAIL mbourke@cblh.com
REPLY TO Wilmington Office

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

August 26, 2011

**BY ELECTRONIC FILING**
The Honorable Gregory M. Sleet
United States District Court
 For the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

  Re: *In re: Armodafinil Patent Litigation, MDL No. 10-md-2200-GMS*

Dear Chief Judge Sleet:

  In anticipation of the discovery teleconference scheduled for 11:30 a.m. on September 1, 2011, in the above-captioned matter, the parties jointly submit the following agenda items. Defendants respectfully ask this Court to alternate its consideration of the issues between the parties.

**Plaintiffs' Issues:**

- <u>As to Defendants Generally</u>
  - Scheduling fact depositions after the August 19, 2011, fact discovery deadline.
- <u>As to Mylan</u>
  - Failure to produce information related to other polymorphs of Armodafinil made, used, or considered by or for Mylan in response to Cephalon's discovery requests.
  - Failure to produce properly noticed citizens of India in the United States for deposition.
- <u>As to Apotex</u>
  - Failure to produce a copy of Apotex's draft response to the FDA's February 15, 2011, deficiency letter.

**Defendants' Issues:**

- Brief extension of discovery deadlines.

26 August 2011
Page 2 of 2

- Failure to produce complete documents without redactions related to the drug and patent in suit.[1]
- Improper instructions not to answer questions during depositions.[1]
- Production of 30(b)(6) witness to testify regarding facts Cephalon relies on to prove secondary indicia of non-obviousness.
- Re-open deposition of French witness, Dr. Coquerel, due to expected production of relevant documents on August 29, 2011 pursuant to Article II Hearing in Paris.[1]

Respectfully submitted,

*/s/ Mary W. Bourke*

Mary W. Bourke

cc:   Clerk of the Court (Via Hand Delivery)
      Defendants' counsel (Via Electronic Mail)

4445089v1

---

[1] Plaintiffs do not believe that the parties have had sufficient time to adequately meet and confer, consider, and attempt to work out a suitable resolution of these issues, and therefore do not view them as ripe for the Court's consideration.