**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

WILMINGTON, DE

Mary W. Bourke
Partner

TEL (302) 888-6305
FAX (302) 658-5614
EMAIL mbourke@cblh.com
REPLY TO Wilmington Office

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

May 29, 2012

**VIA CM/ECF & Hand Delivery**
The Honorable Gregory M. Sleet
United States District Court
For the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

    Re:    *In re: Armodafinil Patent Litigation*, MDL No. *10-md-2200-GMS*;
              *Cephalon Inc., et al. v.*
                  *Watson Laboratories, Inc., C.A. No. 10-7-GMS*
                  *Sandoz Inc., C.A. Nos. 10-55-GMS and 11-782-GMS*
                  *Lupin Limited, C.A. No. 10-210-GMS*
                  *Apotex Inc., et al., C.A. Nos. 10-695-GMS and 10-1078-GMS*

Dear Chief Judge Sleet:

       I write on behalf of Plaintiffs and Defendants in the above-referenced actions regarding the June 25, 2012 pretrial conference that is currently scheduled to be held telephonically. Due to the number of parties and the number of outstanding disputes outlined in the Pretrial Order, the parties respectfully request that the pretrial conference be held in person.

    Respectfully submitted,

/s/ *Mary W. Bourke*
Mary W. Bourke
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, DE 19899

*Local Liaison Counsel for Plaintiffs*

/s/ *Nella M. Bloom*
William J. Burnett
Nella M. Bloom
Flaster/Greenberg P.C.
913 North Market Street, Suite 900
Wilmington, DE 19801

*Local Liaison Counsel for Defendants*

Cc:    Clerk of the Court (Via Hand Delivery)
         Defendants' Counsel (Via Electronic Mail)